19749—State, ex rel. Clara Hesson, v. Industrial Commission of Ohio. In Mandamus. Demurrer to peti-

tion overruled. Dock. 4-5-26; 4 Abs. 238.